Mary K. Thurston (CA SBN 274233)
mary@mdklaw.com
MDK LAW
777 108th Avenue NE, Suite 2170
Bellevue, WA 98004
Telephone: (425) 455-9610
Facsimile: (425) 455-1170

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Refre5h LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>Nathan Howerton<br>            Defendant. | **NO.:  3:14-cv-01099 DMS- NLS**<br><br>**DECLARATION OF NATHAN HOWERTON IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

Nathan Howerton pursuant to 28 U.S.C. § 1746 declares as follows:

1.    My name is Nathan Howerton. I am over the age of 18 years and competent to testify as to the contents set forth herein. I make this declaration based on my own personal knowledge.  I am the above-named Defendant.

2.    I am a resident of Washington State. I currently reside in Bothell, Washington and have resided in Washington for over 15 years.

3.     I have never gone to or visited California for business and have only gone there on short vacations.

4.     I was introduced to Chase Herro, the CEO of Refre5h, LLC via an email introduction through a mutual friend in September 2013.  The only interaction I ever had with Mr. Herro was via telephone, text or email. I never visited Mr. Herro or Refre5h, LLC in California or conducted any business with Mr. Herro or Refre5h LLC in California. I have conducted all of my business in Washington State, where I reside. I am not even sure which company I was doing work for when I did work with Mr. Herro.  He had me send my invoice to Refre5h Holdings, LLC in Clifton, New Jersey. A true and correct copy of the email chain dated September 26, 2013 between Chase Herro and I where he directed me to send the invoice is attached hereto as **EXHIBIT 1**. All of the work I did for Mr. Herro was online. None of the work I did required me to go to California and I never expected to be sued in California.  We never had a formal deal and I never consented to be sued in California.

5.     I am not licensed to do business in California nor have I ever been. I have never had an office in California. None of the work I have done has ever been conducted in California.  I have never met with anyone in California to conduct any kind of business.

6.     With regard to this dispute, I essentially acted as a middle-man for the software and accounts. I did not create the Facebook accounts. I did not participate in

the creation of design of any software relating to this dispute. The backend software for advertising on Facebook and the accounts were all created and maintained in Singapore. I was only in this business for approximately seven to nine months

7.     Although Mr. Herro and I discussed an exclusive deal where I would only offer my services to him---that deal never went through. Mr. Herro never sent me any documents to sign, and he was aware that I offered my services to numerous people all over the world. I never specifically targeted my work to him or his company as a California resident. I had approximately 30 customers in various locations including: Oregon, New York, Florida, Wisconsin, Georgia, Washington, Arizona and the United Kingdom.

8.     I never advertised my business to any residents or businesses in California or advertised in the state of California.

9.     It would be very burdensome for me to litigate this case in California. I do not have the funds to travel down to California. I have a 9 a.m. to 5 p.m. job that I cannot take time off for. I have to work forty hours a week to make rent.

I declare under penalty of perjury under the laws of California and the laws of the United States that the foregoing is true and correct.

Executed on: 17th day of June 2014 at Bellevue, WA.

NATHAN HOWERTON

1

## TABLE OF CONTENTS

2

EXHIBIT 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . p. 6

3

4

5

.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 1

Subject: Wire info  ------------------------      From: Nathan <njhowerton@gmail.com>
Date: Thu, Sep 26, 2013 at 11:53 AM   To: chase@refre5h.net      Good talking to
you let's get to work!      All my wire info is above, all I need is the 15k pre to start
then give me 48 hours to have the accounts good to go to and in your hands. Now are
you able to do daily pay on rev shares? Or weekly      Sent from my iPhone      ----------
   From: Chase Herro <chase@refre5h.net>   Date: Thu, Sep 26, 2013 at 2:22 PM   To:
Nathan <njhowerton@gmail.com>
Weekly.  We are floating on weeklies as well.

Thanks,
Chase

On Thu, Sep 26, 2013 at 11:53 AM, Nathan <njhowerton@gmail.com> wrote:
Good talking to you let's get to work!
All my wire info is above, all I need is the 15k pre to start then give me 48 hours to have
the accounts good to go to and in your hands. Now are you able to do daily pay on rev
shares? Or weekly      Sent from my iPhone

--   Chase
C.E.O/Founder of ReFre5h.net
(310)993-4376
Chase@refre5h.net

   ----------   From: Nathan <njhowerton@gmail.com>   Date: Thu, Sep 26, 2013 at 2:23
PM   To: Chase Herro <chase@refre5h.net>
All good to me player. Skype name nhowerton_uptown btw      Sent from my iPhone
   ----------   From: Nathan <njhowerton@gmail.com>   Date: Thu, Sep 26, 2013 at 5:10
PM   To: Chase Herro <chase@refre5h.net>
Yo if you can get a wire out in the AM that'd be optimal so I can get to work ASAP
before weekend and get accounts in your hand! Just keep me posted bro!      Sent from
my iPhone
   On Sep 26, 2013, at 2:22 PM, Chase Herro <chase@refre5h.net> wrote:
   ----------   From: Chase Herro <chase@refre5h.net>   Date: Thu, Sep 26, 2013 at
7:36 PM   To: Nathan <njhowerton@gmail.com>
Yup, no problem.

Can you send me an invoice for $15k, just label "marketing"   and ill have one cut first
thing in the am.

Thanks,
Chase
   ----------   From: Nathan <njhowerton@gmail.com>   Date: Thu, Sep 26, 2013 at 8:05
PM   To: Chase Herro <chase@refre5h.net>

Ill have one over in 20 min         Sent from my iPhone
    ----------  From: Nathan <njhowerton@gmail.com>    Date: Thu, Sep 26, 2013 at 8:18
PM   To: Chase Herro <chase@refre5h.net>
What address you want it made to         Sent from my iPhone
    ----------  From: Chase Herro <chase@refre5h.net>   Date: Thu, Sep 26, 2013 at
8:45 PM   To: Nathan <njhowerton@gmail.com>
Refre5h Holdings, LLC    32 Ann Street
Clifton, NJ 07013
    ----------  From: Nathan <njhowerton@gmail.com>    Date: Thu, Sep 26, 2013 at 8:51
PM   To: Chase Herro <chase@refre5h.net>
I sent one out will that do?         Sent from my iPhone
    ----------  From: Chase Herro <chase@refre5h.net>   Date: Thu, Sep 26, 2013 at
9:11 PM   To: Nathan <njhowerton@gmail.com>
Just change to USD please.  Then yes it works perfect

Thanks,
Chase

ALso attach your w9 please and thank you.


    ----------  From: Nathan <njhowerton@gmail.com>    Date: Thu, Sep 26, 2013 at 9:20
PM   To: Chase Herro <chase@refre5h.net>
Oh yea! Got it ok man ill make changes and get them over by 8:30am to you cool?
Sent from my iPhone
    ----------  From: Chase Herro <chase@refre5h.net>   Date: Thu, Sep 26, 2013 at
9:32 PM   To: Nathan <njhowerton@gmail.com>
Yup, that works.  so 48hr turn around.  Is that business days or days in general.
  Thanks,
Chase
    ----------  From: Nathan <njhowerton@gmail.com>    Date: Thu, Sep 26, 2013 at 9:46
PM   To: Chase Herro <chase@refre5h.net>
Biz days but as long as I can get started on a Friday it'll be quicker and hopefully done
by Monday  in the future hopefully we can get on a Monday wire schedule?        Sent
from my iPhone


unknown.jpg ¬