Mary K. Thurston (CA SBN 274233)
mary@mdklaw.com
MDK LAW
777 108th Avenue NE, Suite 2170
Bellevue, WA 98004
Telephone: (425) 455-9610
Facsimile: (425) 455-1170

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Refre5h LLC,<br>          Plaintiff,<br><br>v.<br><br>Nathan Howerton<br>          Defendant. | NO.: 3:14-cv-01099 DMS- NLS<br><br>**DECLARATION OF GREGORY DUMOND IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

Gregory Dumond pursuant to 28 U.S.C. § 1746 declares as follows:

1. My name is Gregory Dumond. I am over the age of 18 years and competent to testify as to the contents set forth herein. I make this declaration based on my own personal knowledge. I am a paralegal at MDK Law, the firm that represents Nathan Howerton in the above-captioned suit.

2. On June 17, 2014, I went to the California Secretary of State's website and did a business entities search at http://kepler.sos.ca.gov/ and searched for Refre5h LLC as an entity licensed to do business in California. There was no such entity listed. I then just searched for Refre5h. I also searched for Refresh. The only entities similar in name that came up were Refre5h Group, LLC and Refresh LLC. Attached hereto is a true and correct copy of the Business Entity Details from my web search as **EXHIBIT 1**.

3. After my unsuccessful search for Refre5h LLC on June 17, 2014 at approximately 10:30 a.m., I called the California Secretary of State to confirm that Refre5h, LLC was not an entity licensed to do business in California. They did not have a listing for such an entity. They directed me to check with the California Franchise Tax Board.

4. I went to the California Franchise Tax Board's website at ftb.ca.gov on June 17, 2014 and searched for Refre5h LLC. No such entity was registered with the California Franchise Tax Board. I searched just for a company with the word Refre5h, and the only company that came up was Refre5h Group, LLC. A true and correct copy of my search is attached hereto as **EXHIBIT 2.**

I declare under penalty of perjury under the laws of California and the laws of the United States that the foregoing is true and correct.

Executed on: 17th day of June 2014 at Bellevue, WA.

_____
GREGORY DUMOND

# TABLE OF CONTENTS

EXHIBIT 1............................................p. 5

EXHIBIT 2............................................p. 8

# EXHIBIT 1

# California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, June 13, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| Entity Name: | REFRE5H GROUP, LLC |
|---|---|
| Entity Number: | 201412610122 |
| Date Filed: | 05/02/2014 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 2049 N LINCOLN ST |
| Entity City, State, Zip: | BURBANK CA 91504 |
| Agent for Service of Process: | DAVID G SYMONS |
| Agent Address: | 2049 N LINCOLN ST |
| Agent City, State, Zip: | BURBANK CA 91504 |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Modify Search   New Search   Printer Friendly   Back to Search Results

# California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, June 13, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| Entity Name: | REFRESH LLC |
|---|---|
| Entity Number: | 201402210178 |
| Date Filed: | 01/17/2014 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 556 S FAIR OAKS AVE STE 101 #497 |
| Entity City, State, Zip: | PASADENA CA 91105 |
| Agent for Service of Process: | ROY MACIAS |
| Agent Address: | 627 S LOS ROBLES AVE |
| Agent City, State, Zip: | PASADENA CA 91106 |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Modify Search   New Search   Printer Friendly   Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2014   California Secretary of State

# EXHIBIT 2



# Self Serve Entity Status Letter - Entity Search Summary

The following Entity was found. Please click on the 'Generate Letter' button to produce the Entity Status Letter for this entity.

Entity ID: **201412610122**

Entity Name: **REFRE5H GROUP, LLC**

Address: **2049 N LINCOLN ST BURBANK, CA 91504-3334**

Entity Status: **ACTIVE**

Exempt Status: **NOT EXEMPT**

[Generate Letter] [Back]